UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MOHAMMAD REZA NAZEMZADEH, ) <br> ) <br> Defendants. ) <br> ) | Criminal Case No. 11-CR-5726-L <br><br><br> ORDER AND JUDGMENT TO DISMISS <br> INDICTMENT |

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Civil Procedure, and with leave of the Court,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against Mohammad Reza Nazemzadeh, be dismissed without prejudice.

DATED: April 27, 2016,

M. James Lorenz
United States District Court Judge